1070

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LIN
WARFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 01-1-00367-4, James B. Sawyer II, J., entered
March 7, 2002. *Reversed* by unpublished opinion per
Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and
Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. HENRY ISAAC
PULLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-1-03931-0, Karen L. Strombom, J., entered
March 8, 2002. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and
Seinfeld, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE
PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07511-2, Sharon S. Armstrong and
Patricia H. Aitken, JJ., entered March 16, 1999. *Affirmed*
by unpublished opinion per Schindler, J., concurred in by
Becker, C.J., and Ellington, J.

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LAMONT
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05897-6, Jay V. White, J., entered July 5,
2002. *Affirmed* by unpublished per curiam opinion.